# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| Richard Leonard Radford | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: 1:10-CV-00766-LEK -KSC |
| V. | |
| U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-BNC3, BNC Mortgage, Inc., Mortgage Electronic Registration Systems, Inc., MERSCORP.Inc. also known as MERS, John Does 1-50 inclusive | |
| Defendant(s). | |
| _____ | |
| Richard A. Yanagi, Trustee in Bankruptcy for Richard Radford | |
| Trustee(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED with there being no remaining claims in this case, that this action are hereby dismissed with prejudice, pursuant to the "Order Granting Defendants' Motion to Dismiss First Amended Complaint" issued by District Judge Leslie E. Kobayashi on February 8, 2012.

| | |
|---|---|
| February 9, 2012 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by BA |
| | (By) Deputy Clerk |